*E-Filed 1/29/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | No. C 12-2893 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file a traverse (Docket No. 6) is GRANTED. Petitioner shall file a traverse on or before April 1, 2013.  The Clerk shall terminate Docket No. 6.

**IT IS SO ORDERED**.

DATED: January 28, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-2893 RS (PR)
ORDER EXTENDING TIME